NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MANKES,**
*Plaintiff - Appellant*

v.

**VIVID SEATS LTD.,**
*Defendant - Appellee*

---

2015-1500

---

Appeal from the United States District Court for the Eastern District of North Carolina in case no. 5:13-cv-00717-FL, Judge Louise Wood Flanagan.

---

ON MOTION

O R D E R

Upon consideration of the unopposed motion of appellant Robert Mankes to extend time to file his principal brief by 24 days, until June 19, 2015,

IT IS ORDERED THAT:

The motion is granted. The appellant's brief is due on June 19, 2015.

                              FOR THE COURT

May 19, 2015                /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court