NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MANKES,**
*Plaintiff-Appellant*

v.

**VIVID SEATS LTD., FANDANGO, LLC,**
*Defendants-Appellees*

---

2015-1500, -1501

---

Appeals from the United States District Court for the Eastern District of North Carolina in Nos. 5:13-cv-00717-FL and 5:13-cv-00716-FL, Judge Louise Wood Flanagan.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Robert Mankes's unopposed motion to consolidate the above-captioned appeals,

IT IS ORDERED THAT:

The motion is granted. The appeals are consolidated. The revised official caption is reflected above. Mr. Mankes's opening brief is due no later than June 19, 2015.

2                          MANKES v. VIVID SEATS LTD.

                     FOR THE COURT

                     /s/ Daniel E. O'Toole
                     Daniel E. O'Toole
                     Clerk of Court

s26